

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      USPLS, LC v. Patrick Gaas and Daniel Shank

Appellate case number:    01-20-00604-CV

Trial court case number:   2019-42530

Trial court:             129th District Court of Harris County

      Appellant USPLS, LC has filed an unopposed motion to substitute counsel. *See* TEX. R. APP. P. 6.5(d). USPLS's motion requests that the Court substitute James Wilson as USPLS's counsel of record in place of Ross Spence and Spence Desenberg & Lee, PLLC. USPLS's motion includes the required information. *See id.* Accordingly, the Court **grants** the motion and directs the Clerk of this Court to substitute James Wilson as counsel of record for USPLS.

      It is so ORDERED.


Judge's signature: /s/  April L. Farris
                  ☑ Acting individually


Date: November 17, 2022